Frasier, Frasier & Hickman, L.L.P

**Practice Overview**

Workers' Compensation

## Oklahoma Workers' Compensation Lawyer

Oklahoma law requires that employers provide insurance coverage for employees who are injured at work. This insurance becomes the sole remedy for injured workers, and provides compensation for medical costs, lost income, rehabilitation, and other costs incurred by the injured worker.

In exchange for providing to this insurance coverage, the company's insurer gets to choose the doctor and other medical professionals to evaluate the extent of the injury and any resulting temporary or total disability. Naturally, the insurance company chooses doctors and nurses who minimize the extent and effect of the workplace injury. Getting complete and fair compensation that an injured worker is entitled requires the help of an experienced workman's comp lawyer.

Frasier, Frasier & Hickman helps victims of workplace injuries get full and fair compensation for their losses and disabilities.

## If You Have Suffered a Workplace Injury

1.) Immediately notify your supervisor and your union representative of any injury, and file an accident report claiming workplace injury on duty.
2.) Request any needed medical treatment.
3.) Contact your attorney to file a Form 3 with the Workers' Compensation Court.

Additional information about the workers' compensation (workmans comp) system can be found in our Workers' Compensation Guide.

## Workers' Compensation Law Is Complex

The law spells out in detail exactly what benefits an injured worker is entitled to receive, but the law is very complex. If an injured worker's attorney is not well-versed in workers' compensation law and does not regularly practice it, the worker may lose some or all benefits.

At Frasier, Frasier & Hickman we know workers' compensation law, the workers compensation system, and how to get the benefits an injured worker deserves. We can file a Form 3 for you, and see that you get all benefits to which you are entitled.

**Oklahoma workers compensation law sets strict time limits and other requirements for eligibility for benefits. If you have suffered a workplace injury, contact Frasier, Frasier & Hickman as soon as possible.**

Your health, livelihood, and family may depend on it.

We do not charge for Workers Compensation services unless money is collected on your behalf.

Our attorneys are waiting to take your call. For a free initial consultation with a workers compensation claim lawyer at Frasier, Frasier & Hickman LLP, call 918-584-4724 or contact us online.

© 2010 by Frasier, Frasier & Hickman, L.L.P. All rights reserved.



EXHIBIT B