Frasier, Frasier & Hickman, L.L.P

## Attorney Profiles

### J. L. Franks
Tulsa, Oklahoma
*Partner*
**phone** (918) 584-4724
　　　　(800) 522-4049 (Toll Free)
**fax**　(918) 583-5637
**email** Email Me



**Areas of Practice:**
　　Workers' Compensation Law
　　Personal Injury - Motor Vehicle Accidents
　　Personal Injury - Medical Malpractice
　　Personal Injury - Products Liability

**Litigation Percentage:**
　　90% of Practice Devoted to Litigation

**Bar Admissions:**
　　Oklahoma, 1990
　　U.S. District Court Northern District of Oklahoma, 1990
　　U.S. District Court Western District of Oklahoma, 1991
　　U.S. District Court Eastern District of Oklahoma, 2000

**Education:**
　　University of Tulsa College of Law, Tulsa, Oklahoma, 1990
　　J.D.

　　University of Arkansas, Fayetteville, Arkansas, 1986
　　B.A., B.S.

**Professional Associations and Memberships:**
　　Oklahoma Association of Justice
　　Member

　　American Association of Justice
　　Member

**Ancillary Businesses:**
　　Nursing Home Owner/Operator
　　Hospice Owner/Operator
　　Rehabilitation Owner/Operator

**Birth Information:**
　　1964

© 2010 by Frasier, Frasier & Hickman, L.L.P. All rights reserved.


EXHIBIT D

Frasier, Frasier & Hickman, L.L.P

## Attorney Profiles

### J. L. Franks
Tulsa, Oklahoma
*Partner*

**phone** (918) 584-4724
(800) 522-4049 (Toll Free)
**fax** (918) 583-5637
**email** Email Me



**Areas of Practice:**
Workers' Compensation Law
Personal Injury - Motor Vehicle Accidents
Personal Injury - Medical Malpractice
Personal Injury - Products Liability

**Litigation Percentage:**
90% of Practice Devoted to Litigation

**Bar Admissions:**
Oklahoma, 1990
U.S. District Court Northern District of Oklahoma, 1990
U.S. District Court Western District of Oklahoma, 1991
U.S. District Court Eastern District of Oklahoma, 2000

**Education:**
University of Tulsa College of Law, Tulsa, Oklahoma, 1990
J.D.

University of Arkansas, Fayetteville, Arkansas, 1986
B.A., B.S.

**Professional Associations and Memberships:**
Oklahoma Association of Justice
Member

American Association of Justice
Member

**Ancillary Businesses:**
Nursing Home Owner/Operator
Hospice Owner/Operator
Rehabilitation Owner/Operator

**Birth Information:**
1964

© 2010 by Frasier, Frasier & Hickman, L.L.P. All rights reserved.