30/2010  11:12    9185925727            STEVEN K BUNTING PC                      PAGE  07/09

BEFORE THE WORKERS' COMPENSATION COURT OF THE STATE OF OKLAHOMA

In re claim of:

IN THE MATTER OF THE DEATH OF:

ELEAZAR TORRES
    Deceased

AMALIA DIAZ
    Claimant

CINTAS CORP
    Respondent

XL SPECIALTY INSURANCE CO
    Ins. Carrier

**FILED**
WORKERS' COMPENSATION COURT
STATE OF OKLAHOMA
May 29, 2007
Robert L. Tharp
COURT CLERK

Court Number: 2007-03253A

Decedent's Social Security
Number: 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

## ORDER NUNC PRO TUNC

NOW on this 29th day of MAY, 2007, the Court finds that the INTRODUCTION PARAGRAPH AND Paragraphs 3, 5, 6, and 9 of the order entered herein on MAY 16, 2007, should be and the same is hereby vacated and the following entered in lieu thereof:

NOW on this 15th day of MAY, 2007, this cause came on for consideration pursuant to regular assignment and hearing on MAY 9, 2007, before JUDGE KENTON W. FULTON, at Tulsa, Oklahoma, at which time the claimant appeared in person and by counsel, J L FRANKS and respondent and insurance carrier appeared by counsel, STEVEN K BUNTING.

- 3 -

THAT the deceased is survived by the following dependent heirs-at-law:

    AMALIA DIAZ, surviving spouse of the deceased;

    EDGAR TORRES, minor child of the deceased, DECEMBER 30, 1993, date of birth;

    ANGEL TORRES, minor child of the deceased, SEPTEMBER 14, 1999, date of birth;


EXHIBIT H

THE ABOVE are the only person(s) who were dependent upon said deceased at the time of death and THE ABOVE and no other or others, who are heirs-at-law, have suffered a pecuniary loss by reason of the death of ELEAZAR TORRES.

- 5 -

THAT by reason of the death of ELEAZAR TORRES, as a result of the injury sustained on MARCH 6, 2007, the respondent herein is liable for payment of the benefits provided by law in such cases, same being as follows:

TO:   AMALIA DIAZ, surviving spouse of the deceased, the sum of $100,000.00 to be paid in a lump sum;

TO:   EDGAR TORRES, minor child of the deceased, the lump sum of $25,000.00 to be placed in trust in the COMMUNITY BANK & TRUST 2420 SOUTHWEST BLVD, TULSA, OK 74112, for the sole use and benefit of said minor child;

TO:   ANGEL TORRES, minor child of the deceased, the lump sum of $25,000.00 to be placed in trust in the COMMUNITY BANK & TRUST 2420 SOUTHWEST BLVD, TULSA, OK 74112, for the sole use and benefit of said minor child.

- 6 -

THAT the funds placed in trust with the COMMUNITY BANK & TRUST 2420 SOUTHWEST BLVD, TULSA, OK 74112, as set forth above, are not to be withdrawn by any party or disbursed from said bank without express permission, by written order of this Court, provided however, that upon reaching eighteen (18) years of age the said child shall present to said banking institution proof of age of majority, and be entitled to payment in full of the funds so deposited.

- 9 -

THAT the continuing benefits provided for in this order are based on the Deceased's Average Weekly Wage, which at the time of injury was $494.00. Title 85 O.S., Section 22 (8-11).

This order corrects nunc pro tunc the order entered herein on MAY 18, 2007, and all other provisions of said order shall remain in full force and effect as the order of this Court.

BY ORDER OF:

/s/ [signature]
KENTON W. FULTON, JUDGE

../CRichardson

2007-03253A
Page 3

A copy of the above and foregoing Court Order was mailed, by regular or Certified United States Mail, on this filed stamped date to:

Claimant's Attorney:   J L FRANKS
                       PO BOX 799
                       TULSA, OK 74101-0799

Respondent's Attorney: STEVEN K BUNTING
                       15 W 6  STE 2704
                       TULSA, OK 74119-5421

CC:   COMMUNITY BANK & TRUST
      2420 SOUTHWEST BLVD
      TULSA, OK 74112

I do hereby certify that the above and foregoing is a true and correct copy of the original order signed by the Judge herein. Witness by my hand and the official seal of this court on this date.

*Robert Sharp*  [SEAL]

Court Clerk
May 29, 2007