**U.S. Department of Labor**   Occupational Safety and Health Administration
1400 Old Country Road, Suite 208
Westbury, New York 11590
516-334-3344        FAX 516-334-3326



April 3, 2007

Lino H Ochoa
Garcia & Karam, LLP
820 South Main
McAllen, TX  78501

Re:   Cintas Corp.
      FOIA # 07-071
      Your File # Cintas Corp.

Dear Lino H Ochoa:

This is in response to your Freedom of Information request dated 03/22/2007 and received in our office on 03/29/2007 requesting records concerning Cintas Corp.. These records are now available and have been enclosed for your information.

You will note some information has been removed from the documents. This is authorized under the rules and regulations, including exemptions, contained in the Freedom of Information Act 5 USC 552(a) and (b) and 29 CFR 70.3. Actual sections deleted are indicated on attachment #1, with numbered exemptions noted in each case. For specific paragraph numbers and wording of exemptions, please refer to attachment #2.

You may file an appeal of this decision with the Solicitor of Labor within 90 days from the date of this letter. The appeal must state, in writing the grounds for appeal, including any supporting statement or arguments. To facilitate processing, you may wish to fax your appeal to: (202) 693-5538. The appeal should include a copy of your initial request and a copy of this letter. The appeal must be addressed to the Solicitor of Labor, Department of Labor, Rm. N-2428, 200 Constitution Avenue, N.W. Washington, D.C. 20210. If mailed, both the envelope, and the letter of appeal itself should be clearly marked: "Freedom of Information Act Appeal".

The cost for providing these records, in line with the regulations published under 29 CFR 70.62, is as follows:

|  |  |
|---|---|
| Search fee $11.50 per 1/4 hour........ | $ 5.00 |
| Copying fee $.15 per page............ | $ 12.30 |
| Mailing/Handling costs............... | $ 4.05 |
| Total amount......................... | $ 21.35 |



EXHIBIT I

1

Please make your remittance of the above total amount to this office by check or money order, payable to the Department of Labor-OSHA.

If we can be of further assistance to you, please feel free to contact our office.

Sincerely,

Patricia Jones
Area Director

Enclosure

ATTACHMENT #2

FROM 29 CFR PART 70

MOST USED EXEMPTIONS PARAGRAPH

#4 (70.24)   Information that is classified as trade secrets and/or of commercial or financial value obtained from a person and it is privileged or a confidential source of information.

#5 (70.25)   Inter-agency or intra-agency memorandums or letters which would not be available by law to a party other than an agency in litigation with the Agency.

#6 (70.26)   This exclusion is intended to exclude from disclosure all personnel and medical files, and all private or personal information contained in other files which, if disclosed to the public, would amount to a clearly unwarranted invasion of the privacy of any person, including members of the family of the person to whom the information pertains.

#7 (70.27)   Information contained in investigatory files complied for law enforcement purposes except to the extent available by law to a party other than an agency.

   (70.27 (a) (3))   Information pertaining to the privacy interests of individuals, including information about an individual which he could reasonably assert an option to withhold from the public at large because of its intimacy or its possible adverse effect upon himself or his family.

   (70.27 (a) (4))   The identification of a confidential source or confidential information furnished by a confidential source.

ATTACHMENT #1

Re: Cintas Corp.

LISTING OF DELETIONS:

Partial Deletions:

Diary Sheet- Ex. 5 & 7
Stipulated Settlement- Ex. 7
OSHA 163 & Check- Ex. 7
Letter to OSHA dated 5/10/06 & 8/23/05- Ex. 7
Letter from OSHA dated 8/12/05- Ex. 7
OSHA 300 & 301- Ex. 7
Letter dated 5/10/06- Ex. 7
OSHA 1- Ex. 4 & 7
OSHA 1b- Ex. 7
OSHA 1a- Ex. 5 & 7
OSHA 168- Ex. 7
OSHA 7- Ex. 7
Letter from OSHA dated 8/4/05- Ex. 7
OSHA 200- Ex. 7


Complete Deletion:

Inter office memo dated 7/17/06, 1 page- Ex. 5
Inter office memo dated 3/16/06, 1 page- Ex. 5
Inter office memo dated 8/25/05, 3 pages- Ex. 5
Cintas Accident reports, 6 pages- Ex. 7
Cintas Employee Roster, 2 pages- Ex. 7
Statements, 4 pages- Ex. 7
Complaint, 2 pages- Ex. 7
Floor Plans, 1 page- Ex. 4
Cintas Lock out tag out and confined spaces program, 10 pages- Ex. 4
Inter office memo dated 3/21/06, 2 pages- Ex. 5
Inter office memo dated 3/22/06- 3 pages- Ex. 5
Inter office memo dated 3/16/06- 1 page- Ex. 5
Inter office memo dated 1/19/06, 1 page- Ex. 5
Inter office memo dated 12/8/05, 1 page- Ex. 5
Institute of Industrial Launderers, 4 pages- Ex. 4
Inter office memo dated 4/7/06, 2 page- Ex. 5

2

Letter dated 3/15/06- 2 pages- Ex. 5
Letter dated 5/25/06- 1 page- Ex. 5
NY Dept. of Taxation & Finance, Certificate of Authority, 1 page- Ex. 4
Inter office memo dated 5/24/06, 1 page- Ex. 5
Letter dated 3/24/04, 3 page- Ex. 5
CSHO Notes, 11 pages- Ex. 5
Letter to OSHA dated 8/3/05, 1 page- Ex. 7
US Review Commission Complaint & Interrogatories, 15 Pages- Ex. 5