**U.S. Department of Labor**

Occupational Safety and Health Administration
130 S. Elmwood Avenue, Suite 500
Buffalo, NY 14202-2465
(716) 551-3053
(716) 551-3126 (FAX)



Attn: Lino H. Ochoa
Law Office of Garcia & Karam, LLP
820 S. Main
McAllen, TX 78501

RE: Cintas Corp.
     FOIA # 07-056

Dear Mr. Ochoa:

This is in response to your Freedom of Information request dated 03/22/2007 and received in our office on 03/29/2007 requesting records concerning Cintas Corp.. We are in receipt of your payment and enclosed you will find the sanitized copy of the releasable records.

You will note some information has been removed from the documents. This is authorized under the rules and regulations, including exemptions, contained in the Freedom of Information Act and 29 CFR 70.11. Actual sections deleted are indicated on Attachment #1a, 1b, and 1c with numbered exemptions noted in each case. For specific paragraph numbers and wording of exemptions, please refer to Attachment #2.

You may file an appeal of this decision with the Solicitor of Labor within 90 days from the date of this letter. The appeal must state, in writing, the grounds for the appeal, including any supporting statement or arguments. To facilitate processing, you may wish to fax your appeal to: (202) 693-5538. The appeal should include a copy of your initial request and a copy of this letter. The appeal must be addressed to: Solicitor of Labor, U.S. Department of Labor, Rm. N-2428, 200 Constitution Avenue, N.W., Washington, DC 20210. If mailed, both the envelope, and the letter of appeal itself should be clearly marked "Freedom of Information Act Appeal".

If we can be of further assistance to your, please feel free to contact our office.

Sincerely,

*[signature]*
Arthur J. Dube
Area Director

AJD:ems
Enclosures

**RECEIVED**

MAY 14 2007

The Law Office Of
Garcia & Karam, L.L.P



ATTACHMENT #1a

Re:   Cintas Corp.
       Inspection #307707463

## LISTING OF DELETIONS:

Exemption #4:

|           |                                                                                           |
|-----------|-------------------------------------------------------------------------------------------|
|           | OSHA-1, Inspection Report - Line by Line Analysis                                         |
|           | OSHA-163, Penalty Payment Report dated 12/30/05 - Line by Line Analysis                   |
| 3 pages   | Copy of letter and Non-Hazardous Waste Manifest Form                                      |
| 2 pages   | Copy of employer's product sheets                                                         |
| 1 page    | Copy of employer's floor plan                                                             |
| 9 pages   | Copy of employer's HazComm Bulletin including MSDS's (includes 3 duplicate pages)         |
| 50 pages  | Copy of employer's guideline for BBP/Exposure Control Plan training & records             |
| 14 pages  | Employer's BBP sample policy and forms                                                    |
| 12 pages  | Employers BBP policy                                                                      |
| 6 pages   | Employer's Five Star Service Report Summary                                               |
| 8 pages   | Employers Standard Uniform Rental Service Agreement & Policy                              |
| 18 pages  | PPE section of employer's safety manual.                                                  |
| 8 pages   | Copy of purchase orders                                                                   |

Exemption #5:

|           |                                                      |
|-----------|------------------------------------------------------|
|           | OSHA-1A, Inspection Narrative - Line by Line Analysis |
| 49 pages  | Compliance Officer notes/sketches                    |
| 2 pages   | Informal Conference Notes                            |
| 3 pages   | Agency case file notes                               |
| 2 pages   | OSHA establishment search results                    |
| 2 pages   | Agency memos                                         |
| 5 pages   | Agency e-mail                                        |
| 1 page    | Agency fax journal                                   |
| 3 pages   | Agency fax cover pages                               |

Exemption #7c:

|           |                                                                              |
|-----------|------------------------------------------------------------------------------|
|           | OSHA-1, Inspection Report - Line by Line Analysis                            |
|           | OSHA-1A, Inspection Narrative - Line by Line Analysis                        |
|           | OSHA-1B, Inspection Worksheet - Line by Line Analysis                        |
|           | OSHA-7, Notice of alleged Safety or Health Violations - Line by Line Analysis |
|           | OSHA-91A, Air Sampling Worksheet - Line by Line Analysis                     |
|           | OSHA-91B, Air Sampling Report - Line by Line Analysis                        |
| 12 pages  | Letter from complainant                                                      |
|           | Agency Case File Diary Sheets - Line by Line Analysis                        |
|           | OSHA-163, Penalty Payment Reports and copy of check - Line by Line Analysis  |

     Letters to OSHA dated 9/30/04 and 12/27/05 - Line by Line Analysis
     Letter from OSHA dated 9/10/04 - Line by Line Analysis
18 pages** Opening conference notes and interviews
     U.S. Postal Service Return Receipt - Line by Line Analysis
     Compliance Officer notes/sketches
     Letter of interpretation - Line by Line Analysis
     OSHA Review Commision Notice of Docketing & Instructions to Employer - Line by Line Analysis
     Stipulated Settlement - Line by Line Analysis
     Complainant's Response to Interrogatories - Line by Line Analysis
     Respondent's Interrogatories to Complaint - Line by Line Analysis
     Legal Complaint - Line by Line Analysis

Exemption #7d:

18 pages** Opening conference notes & interviews

**USED TO PREVENT DUPLICATION OF PAGE COUNT WHEN AN ITEM FALLS UNDER MORE THAN ONE EXEMPTION

ATTACHMENT #1b

Re:   Cintas Corp.
      Inspection #307843045

## LISTING OF DELETIONS:

Exemption #4:

|  | |
|---|---|
| | OSHA-1, Inspection Report - Line by Line Analysis |
| | OSHA-163, Penalty Payment Report dated 12/30/05 and copy of check - Line by Line Analysis |
| 2 pages | Copy of employer's product sheets |
| 1 page | Copy of employer's floor plan |
| 5 pages | Copy of employer's HazComm Bulletin including MSDS's |
| 50 pages | Copy of employer's guideline for BBP/Exposure Control Plan training & records |
| 2 photos | Two duplicate photographs |
| 3 pages | Employer 1099 Misc. |
| 6 pages | Employer invoices |
| 119 pages | Copy of employer's lockout/tagout (LOTO) program |
| 44 pages | Employer's completed employee safety training sheets |
| 5 pages** | OSHA 200 Logs |
| 3 pages** | OSHA 300 Logs |
| 112 pages | Employer's Confined Space Entry Program (includes 11 duplicate pages) |
| 3 pages | Pages from equipment manufacturers operating manual |
| 12 pages | Employers machine equipment maintenance & inspection procedures |
| 3 pages | Pages from Free Swinging Manual Operated Lift Section of National conveyor & Machine Company document |
| 6 pages | Webbing specifications from Industrial Bag & Specialties |
| 1 page | Employer's employee information sheet |
| 1 page | Copy of electrical permit for work done at Cintas Corp. |
| 21 pages | Copy of employers LOTO checklists/logs |
| 3 pages | Employer's confined space class sheets |
| 10 pages | LOTO procedure for steam tunnel |
| 2 tapes | Two videotapes - Administratively Controlled Material |

Exemption #5:

|  | |
|---|---|
| | OSHA-1A, Inspection Narrative - Line by Line Analysis |
| 3 pages | OSHA-168, Inspection Assignment |
| 151 pages | Compliance Officer notes/sketches including duplicates |
| 2 pages | Informal Conference Notes |
| 11 pages | Agency case file notes |
| 29 pages | OSHA establishment search results (including 10 duplicate pages) |
| 2 pages | Agency Federal Express receipts |

| | |
|---|---|
| 4 pages | Agency memos |
| 14 pages | Agency e-mail |
| 4 pages | Agency fax journal |
| 21 pages | Agency fax cover pages |

Exemption #6:

| | |
|---|---|
| 5 pages** | OSHA-200 Log |
| 3 pages** | OSHA-300 Log |

Exemption #7c:

12 pages
- OSHA-1, Inspection Report - Line by Line Analysis
- OSHA-1A, Inspection Narrative - Line by Line Analysis
- OSHA-1B, Inspection Worksheet - Line by Line Analysis
- OSHA-7, Notice of alleged Safety or Health Violations - Line by Line Analysis
- Letter from complainant
- Photographs - Line by Line Analysis
- OSHA-163, Penalty Payment Reports and copy of check - Line by Line Analysis
- Letters to OSHA dated 9/30/04, 10/28/05, 2/28/06, 1/11/07 & attachment plus correction - Line by Line Analysis
- Letter from OSHA dated 9/16/04, 12/27/05, 12/14/06, and 6/26/06 - Line by Line Analysis
- Notices of Docketing of Administrative Law Judge's Decision - Line by Line Analysis
- Secretary's Responses & Objections to the Respondent's First Set of Interrogatories - Line by Line Analysis
- Respondent's Answer to Complainants First Set of Interrogatories & Answer to Complainants First Request for Production of Documents - Line by Line Analysis
- Respondent's Response to Secretary's First Request for the product of documents - Line by Line Analysis
- Complainants Response to Disputed Items Conference Call of 4/22/05 - Line by Line Analysis
- U.S. Postal Service Return Receipt - Line by Line Analysis
- Stipulated Settlements - Line by Line Analysis
- Complainant's Response to Interrogatories - Line by Line Analysis
- Respondent's Interrogatories to Complaint - Line by Line Analysis

Exemption #7d:

2 pages   Interviews

**USED TO PREVENT DUPLICATION OF PAGE COUNT WHEN AN ITEM FALLS UNDER MORE THAN ONE EXEMPTION**

ATTACHMENT #1c

Re:   Cintas Corp.
      Inspection #309778082

**LISTING OF DELETIONS:**

Exemption #4:

        OSHA-1, Inspection Report - Line by Line Analysis
        OSHA-163, Penalty Payment Report dated 6/29/06 and copy of check - Line by Line Analysis
- 1 page    Patient Status Summary
- 5 pages   Corporate Policy-Personnel Records
- 1 page    1/20/06 physicians note to employer

Exemption #5:

- 5 pages   Compliance Officer notes/sketches
- 4 pages   Informal Conference Notes
            OSHA-1A, Inspection Narrative - Line by Line Analysis
- 2 pages   OSHA Establishment Search Results
- 2 pages   Agency Fax Cover Pages

Exemption #6:

- 7 pages**   OSHA-300 Log

Exemption #7c:

        OSHA-1, Inspection Report - Line by Line Analysis
        OSHA-1A, Inspection Narrative - Line by Line Analysis
        OSHA-1B, Inspection Worksheet - Line by Line Analysis
        OSHA-163, Penalty Payment Report dated 6/29/06 and copy of check - Line by Line Analysis
- 7 pages**   OSHA-300 Log
- 2 pages     Handwritten complaint
              Letter/fax to OSHA dated 6/21/06 - Line by Line Analysis
              Letters from OSHA dated 3/31/06 and 4/21/06 - Line by Line Analysis
              Informal Settlement Agreement - Line by Line Analysis
              U.S. Postal Service Return Receipt - Line by Line Analysis

**\*\*USED TO PREVENT DUPLICATION OF PAGE COUNT WHEN AN ITEM FALLS UNDER MORE THAN ONE EXEMPTION**

ATTACHMENT #2

**Freedom of Information Act List of Exemptions (U.S. Code Sec. 552):**

(1) specifically authorized under criteria established by an Executive order to be kept secret in the interest of national defense or foreign policy and are in fact properly classified pursuant to such Executive order;

(2) related solely to the internal personnel rules and practices of an agency;

(3) specifically exempted from disclosure by statute (other than section 552b of this title), provided that such statute: requires that the matters be withheld from the public in such a manner as to leave no discretion on the issue, or establishes particular criteria for withholding or refers to particular types of matters to be withheld;

(4) trade secrets and commercial or financial information obtained from a person and privileged or confidential;

(5) inter-agency or intra-agency memorandums or letters which would not be available by law to a party other than an agency in litigation with the agency;

(6) personnel and medical files and similar files the disclosure of which would constitute a clearly unwarranted invasion of personal privacy;

(7) records or information compiled for law enforcement purposes, but only to the extent that the production of such law enforcement records or information:

> (A) could reasonably be expected to interfere with enforcement proceedings,
> (B) would deprive a person of a right to a fair trail or an impartial adjudication,
> (C) could reasonably be expected to constitute an unwarranted invasion of personal privacy,
> (D) could reasonably be expected to disclose the identity of a confidential source, including a State, local, or foreign agency or authority or any private institution which furnished information on a confidential basis, and, in the case of a record or information compiled by criminal law enforcement authority in the course of a criminal investigation or by an agency conducting a lawful national security intelligence investigation, information furnished by a confidential source,
> (E) would disclose techniques and procedures for law enforcement investigations or prosecutions, or would disclose guidelines for law enforcement investigations or prosecutions if such disclosure could reasonably be expected to risk circumvention of the law, or
> (F) could reasonably be expected to endanger the life or physical safety of any individual;

(8) contained in or related to examination, operating, or condition reports prepared by, on behalf of, or for the use of an agency responsible for the regulation or supervision of financial institutions; or

(9) geological and geophysical information and data, including maps, concerning wells.